# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAREHOUSE EMPLOYEES LOCAL 169 AND EMPLOYERS JOINT PENSION FUND; JOSEPH LYONS, BRIAN RIECE, MICHAEL ZACHWIEJA, EDWARD McDERMOTT, RAYMOND TARNOWSKI, ROBERT H. BARRON, GEORGE CZUBA AND THEIR SUCCESSORS AS TRUSTEES OF THE WAREHOUSE EMPLOYEES LOCAL 169 AND EMPLOYERS JOINT PENSION FUND, | Civil Action<br><br>No. 06-cv-3056-RK |
| Plaintiffs, | |
| v. | |
| PRINTERS, INC., | |
| Defendant. | |

**FILED**
JAN 1 1 2008
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this \_\_11th\_\_ day of \_\_Jan.\_\_, 2008, upon consideration of Plaintiffs' Motion for Judgment on the Pleadings and Defendant's response thereto, if any, it is hereby ORDERED and DECREED that the Motion is GRANTED.

JUDGMENT IS ENTERED for Plaintiffs and against Defendant on all counts of the Complaint as follows:

1. Printers shall pay to the Warehouse Employees Local 169 and Employers Joint Pension Fund (the "Fund") the sum of $6,108;

2. Printers shall pay to the Fund interest on the sum of $6,108, computed from July 1, 2006, the date on which Defendant failed to make payment of its quarterly withdrawal liability payment, at the rates based upon prevailing market rates for

{00185389;v2}

comparable obligations in accordance with the regulations prescribed by the Pension Benefit Guaranty Corporation, as provided in Article 13.2 of the parties' Plan;

3. Printers shall pay to the Fund liquidated damages provided under the Plan and under § 502(g)(2) of ERISA, 29 U.S.C.§ 1132(g)(2) in the amount of 20% of the unpaid quarterly installment of $6,108, or $1,221.60; and

4. Printers shall pay to the Fund the reasonable attorneys' fees and costs of this action pursuant to Sections 502(g)(2)(D) and 4301(b) of ERISA, 29 U.S.C. §§ 1132(g)(2)(D) and 1451(b).

IT IS FURTHER ORDERED that within 15 days of the date of this Order, Plaintiffs shall file with the Court an affidavit, setting forth the amount of interest and reasonable attorneys' fees and costs in this action.

BY THE COURT:

*Robert F. Kelly*
Kelly, S.J.

*Mail:*
*J. Egan*

*E-mail:*
*E. Schreiner*