IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAREHOUSE EMPLOYEES LOCAL 169 AND EMPLOYERS JOINT PENSION FUND; JOSEPH LYONS, BRIAN RIECE, MICHAEL ZACHWIEJA, EDWARD McDERMOTT, RAYMOND TARNOWSKI, ROBERT H. BARRON, GEORGE CZUBA AND THEIR SUCCESSORS AS TRUSTEES OF THE WAREHOUSE EMPLOYEES LOCAL 169 AND EMPLOYERS JOINT PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> PRINTERS, INC., <br><br> Defendant. | Civil Action <br><br> No. 06-cv-3056-RK |

### ORDER

AND NOW, this 5th day of Feb., 2008, upon consideration of the Affidavit of Eric J. Schreiner, Esq. in this matter, made pursuant to the Court's Order dated January 11, 2008, it is hereby ORDERED and DECREED that JUDGMENT IS ENTERED for Plaintiffs and against Defendant Printers, Inc ("Printers") as follows:

1. Printers shall pay to the Warehouse Employees Local 169 and Employers Joint Pension Fund (the "Fund") the sum of $752.01 in interest on the Judgment issued pursuant to the Court's Order dated January 11, 2008.

2. Printers shall pay to the Fund the sum of $2,864.49 in reasonable attorneys' fees and costs of this action.

BY THE COURT:

*Robert D. Kelly*
Kelly, S.J.

{00203247;v1}